396 A.2d 33

Commonwealth v. Kenneth Ray Jones, Appellant.

Submitted March 20, 1978.   Edward F. Browne, Jr., Assistant Public Defender, for appellant;   D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.